1  SEYFARTH SHAW LLP
   Lawrence E. Butler (SBN: 111043)
2  560 Mission Street, Suite 3100
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4
   Attorneys for Defendant
5  METROPOLITAN LIFE INSURANCE COMPANY
   and METLIFE GROUP, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 ROBERT FERARU                      )   Case No. C 05-000954 MMC
                                      )
11         Plaintiff,                 )   STIPULATION AND ORDER OF
                                      )   DISMISSAL WITH PREJUDICE
12     v.                             )
                                      )
13 METROPOLITAN LIFE INSURANCE        )
   COMPANY, a New York Corporation,   )
14 METLIFE GROUP INSURANCE AGENCY,    )
   INC., a Delaware Corporation and DOES 1 – )
15 25, inclusive                      )
                                      )
16         Defendants.                )
                                      )
17
        Plaintiff, ROBERT FERARU and Defendants, METROPOLITAN LIFE INSURANCE
18
   COMPANY and METLIFE GROUP INSURANCE, INC., by and through their respective
19
   attorneys of record, hereby stipulate to dismiss the above captioned matter with prejudice.
20
        Each party will bear their own attorney's fees and costs.
21

22 DATED: May 13, 2005                        SEYFARTH SHAW
23

24
                                              By /s/
25                                            Lawrence E. Butler
                                              Attorneys for Defendants
26                                            METROPOLITAN LIFE INSURANCE
                                              COMPANY and METLIFE GROUP INC.
27

28

Stipulation and (Proposed) Order of Dismissal With Prejudice; Case No. C 05-00954 MMC

|   |   |
|---|---|
| DATED: May 13, 2005 | LAW OFFICE OF ADAM S. GRUEN<br><br>By /s/<br>ADAM S. GRUEN<br>Attorney for Plaintiff<br>ROBERT FERARU |

## ORDER

**IT IS SO ORDERED**.

Dated: May 16, 2005         /s/ Maxine M. Chesney
                            Maxine M. Chesney
                            United States District Judge

SF1 28206350.1 / 19200-000217

2

Stipulation and (Proposed) Order of Dismissal With Prejudice;
Case No. C 05-00954 MMC